HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SHANNON,

    Plaintiff,

v.

COLUMBIA BASIN RAILROAD COMPANY, et al,

    Defendant.

CASE NO. C11-5867RBL

ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    Virtually every relevant fact is disputed. The parties would be better served by preparing for trial.

    Defendants' Motion for Partial Summary Judgment [Dkt. #47] is **DENIED**. Plaintiff's Motion for Summary Judgment [Dkt. #45] is **DENIED**.

    Dated this 19th day of December, 2012.

    Ronald B. Leighton
    United States District Judge

ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1